

**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**KC FILED**
JAN 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** JAMES BYARS

**Defendant(s):** D. RYAN, etc., et al.

**County of Residence:** DUPAGE

**County of Residence:**

**Plaintiff's Address:**

James Byars
#128205
Dupage - DCJ
P.O. Box 957
Wheaton, IL   60187

**Defendant's Attorney:**

**08CV335**
**JUDGE COAR**
**MAGISTRATE JUDGE COX**

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prison civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** A. E. Woodham    **Date:** 01/15/2008