UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JAN 15 2008
Jan 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James Byars - 128205

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer D. Ryan # 4008

Officer A. Shirley # 4025

08CV335
JUDGE COAR
MAGISTRATE JUDGE COX

Case No. _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: James Byars

   B.  List all aliases: N/A

   C.  Prisoner identification number: 128205

   D.  Place of present confinement: DuPage County Jail

   E.  Address: 501 N. County Farm Rd Wheaton IL. 60189

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: D. Ryan # 4008
       Title: Police Officer
       Place of Employment: Clarendon Hills, IL P.D.

   B.  Defendant: A. Shirley # 4025
       Title: Police Officer
       Place of Employment: Clarendon Hills, IL. P.D.

   C.  Defendant: _____
       Title: _____
       Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.  Name of case and docket number: Can't Remember, Never Frivolus

    B.  Approximate date of filing lawsuit: _____

    C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.  List all defendants: _____

    E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.  Name of judge to whom case was assigned: _____

    G.  Basic claim made: _____

    H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.  Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On approximatly Nov 10, 2007 Plaintiff was Informed by his Girlfriend that Defendants arrived at her house, 115 Iroquois Dr. Clarendon Hills, IL,. This visit was prompted by a previous alleged offense of Violation of order of protection by Plaintiff. He was arrested posted $530.00 bail. Defendants came to obtain a statement to secure a warrant for an alledged violation of 720 ILCS 5/21-1-(1) (G) Criminal damage to property, excess of 300.00 but not more than 10,000 a Class 4 felony. This offense was alledgely in relation to Violation of order of protection all at the same above address. Girlfriend told Plaintiff the Defendants ordered the handyman, who was there to give an estimate for a damaged basement window, to write his estimate over $300.00 "So we can charge him with a felony as set a high bond above $5,000." The estimate was written at $400.00,

Girlfriend got a new estimate subsequently which totaled $170.00. Nov 14, 2007 a warrant was issued by defendants for Plaintiff in violation of 720 ILCS 5/21-1 (1)(a), bail fixed at $75,000. November 17, 07 Plaintiff, at a different place, was arrested and charged with the same offense 720 5/21-1 (1)(6). Plaintiff is detained at Dupage County Jail at $300,000 bail. Plaintiffs Girlfriend attempted to post bail 10% of $300,000 but fell short because of the warrant issued with a bond of 10% of 75,000. This warrant, as well, bolstered the bond of his second offense and to an unreasonable bond $300,000 Plaintiff has since been detained.

1). Plaintiff claims that an established agreement between the Defendants was made, (handyman ordered to falsify his estimate, false estimate used in police reports, sworn to in court to obtain warrant) in conspiracy to violate Plaintiffs Fourth Amendment rights.

Revised 9/2007

2). Plaintiff claims that due the falsified reports action was taken against him, (bolstered bonds on both offenses precluded Plaintiff from obtainning his liberity, the false estimate changed the classification of the offense from misdermenor to a felony over $300.00 in damage to make the charge much much more severe) in violation of his civil rights.

3). Plaintiff Claims that the Defendants Violated the Plaintiff's ~~Fourth Amendment~~ civil rights when they knowingly, intentionally with reckless disregard for the truth falsified statements that led to a finding of probable cause.

4). Plaintiff Claims that Past and Present actions with regard to Defendants; D.U.I. in Plaintiff's driveway, ~~false reports parole violation~~, Removed from residence arbitrarily etc. current issues are all racially motivated Plaintiff claims he is being Profiled in violation of his civil rights.

5-A

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That Plaintiff receive Compensatory damages # 750,000.00

That Plaintiff receive Punitive damages # 900,000.00

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  9  day of  Jan , 20 08

*James Byars*
(Signature of plaintiff or plaintiffs)

James Byars
(Print name)

128205
(I.D. Number)

P.O. Box 957 - Wheaton IL 60187.
(Address)