James Byars
1515 w. Monroe
Chicago ILL. 60607

**FILED**

APR 15 2008

Apr 15 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case# 08C-0335

Dear Prisoner correspondence,

I have contacted you with regard to an address change as provided above. Please make a note of it.

*James Byars*