# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | DAVID H. COAR | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 335 | **DATE** | May 19, 2008 |
| **CASE TITLE** | James Byars v. D. Ryan, et al. | | |

**DOCKET ENTRY TEXT:**

The Court has been informed that plaintiff is no longer incarcerated. Plaintiff is accordingly ordered to appear at the status hearing set for 6/10/08, at 9:00 a.m. At that time, the Court will establish a schedule for Plaintiff to pay the filing fee. If Plaintiff does not appear, this case will be dismissed for want of prosecution.

   /s/David H. Coar
   David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|