**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

James Byars
                    Plaintiff,

v.                                                  Case No.: 1:08−cv−00335
                                                            Honorable David H. Coar

D. Ryan, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable David H. Coar:The status date of 6/10/2008 is stricken and no one should appear. Status hearing reset for 6/30/2008 at 09:00 AM. Plaintiff shall appear (or the case may be dismissed for want of prosecution) in Courtroom # 1419 on 6/30/2008 at 9:00 a.m., 219 South Dearborn, Chicago, Illinois. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.