## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 335 | **DATE** | 7/15/2008 |
| **CASE TITLE** | James Byars vs. D. Ryan, et al | | |

**DOCKET ENTRY TEXT**

This matter came before the Court on 7/15/2008 for a status hearing and the plaintiff, James Byars failed to appear for the scheduled status.  This case is dismissed for want of prosecution..  Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|